

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed February 25, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TERRY LEE MASON AND | § | CASE NO. 06-10201-RLJ-13 |
| SHIRLEY ANN MASON, | § | |
| | § | |
| DEBTORS. | § | |

ORDER DENYING DEBTORS' OBJECTION TO CLAIM #14-2

BY FORD MOTOR CREDIT COMPANY, LLC

On January 18, 2011, the debtors filed their objection to the unsecured proof of claim filed by Ford Motor Credit Company, LLC. The objection shows to be served on the creditor at the following address: "Drawer 55-953; P.O. Box 55000; Detroit, MI 48255-0953." Service has not been effected on the creditor at the address set forth on the creditor's proof of claim for notices. It is, therefore,

ORDERED that the debtors' objection is denied without prejudice to refiling.

### End of Order ###