

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed July 07, 2011**

---

TDOR 1213.259259

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:
**TERRY LEE MASON**                          **CASE NO: 06-10201-RLJ-13**
**SHIRLEY ANN MASON**                        **JUDGE: Robert L. Jones**
**1015 N TRINITY ST**                        **DATED: June 2, 2011**
                                             **CHAPTER 13**
**COLEMAN TX 76834**

_____

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND

_____

It appearing to the Court that Walter O'Cheskey, Chapter 13 Trustee in the above-styled case under Chapter 13 of Title 11 of the United States Bankruptcy Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered by the Chapter 13 Trustee, and that a copy thereof has been served on the United States Trustee, and all parties in interest, and that no objection was filed by the United States Trustee or a party in interest within 30 days, it is presumed by the express wording of Bankruptcy Rule 5009 that this estate has been fully administered by the Chapter 13 Trustee, and that the Standing Chapter 13 Trustee does not hold any funds to be paid or distributed in this case and that he should be discharged and further liability on the said Trustee's bond with respect to this case be terminated; therefore,

IT IS ORDERED:
That Walter O'Cheskey, Chapter 13 Trustee in this case, is discharged; that he and the sureties or surety on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore and that such Bond is terminated as to this case.

### # # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424